# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

WWW.TOGUTLAWFIRM.COM

(212) 594-5000

September 17, 2019

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

      Re:    Chowaiki & Co. Fine Art Ltd., Debtor
                  Chapter 7 Case No. 17-13228 (MKV)
                  vs. Benjamin Aryeh and Rafael Gallery, Inc.
                  Adv. Pro. No. 19-01330(MKV)

Dear Judge Vyskocil:

        As counsel for Albert Togut, the Chapter 7 Trustee of Chowaiki & Co. Fine Art Ltd., Debtor, and the plaintiff in the above-referenced adversary proceeding, we are writing to confirm that:  the time within which the Defendants may respond to the Trustee's Complaint in this adversary proceeding has been extended to and including October 14, 2019;  and the pre-trial conference for this matter has been scheduled for October 29, 2019 at 10:00 a.m.

                                               Respectfully Submitted,

                                               TOGUT, SEGAL & SEGAL LLP
                                               By:

                                                   Neil Berger

NB/lv

cc via email:  Mark Frankel, Esq.
                   Andrew Velez-Rivera, Esq.